UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:19-bk-00786-RCT
Chapter 7

Herbert L. Schimkus
and Patricia A. Schimkus,

    Debtor(s).
_____/

**REPORT AND NOTICE OF INTENTION TO SELL**
**PROPERTY OF THE ESTATE AND NOTICE OF ABANDONMENT**

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

   Pursuant to local rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party-in-interest files a response within 21 days from the date set forth on the proof of service, plus an additional three days for service if any party was served by U.S. mail.

   If you object to the relief requested in this paper, you must file your response with the Clerk of the Court at Sam M. Gibbons Courthouse, 801 N. Florida Ave., #555, Tampa, FL 33602-3899, and serve a copy on the Trustee, Christine L. Herendeen, at P.O. Box 152348, Tampa, FL 33684, and any other appropriate person(s) within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing, or consider the response and grant or deny the relief requested without a hearing.

   If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

TO:   Creditors, Debtors and Parties in Interest

      Christine L. Herendeen, the Trustee duly appointed and acting for the above-captioned estate reports that she intends to sell and abandon the following property of the estate of the Debtor(s), under the terms and conditions set forth below:

**PROPERTY OF THE ESTATE BEING SOLD**

1.    Description of Property: Excess equity in 2011 Chevrolet Colorado with VIN No. 1GCHSDFP2B8115356 of $4,527.46; 2016 Chevrolet Trax with VIN No. 3GNCJLSB2GL246739 of $593.70; 1981 Boston Whaler with HIN No. BNCH3571981K of $2,570.50; miscellaneous household goods and furnishings of $970.00; 4 televisions, laptop and 2 mobile phones of $276.45; 30 pcs family memorabilia and antique sewing machine of $145.50; miscellaneous hobby

equipment of $97.00; his and hers personal clothing of $97.00; 2 wedding bands, 3 rings and miscellaneous costume jewelry of $291.00; 2 bicycles of $97.00; cash of $55.00

2. Manner of Sale:  Private Sale

3. Terms of Sale:

   a. To:  Debtor(s)

   b. Sale Price:  Total is $9,720.61 which has been paid in full.

   c. All right, title, and interest of bankruptcy estate, if any.

   d. Subject to all liens and encumbrances, if any.  No warranties of no liens.  No warranties of any kind.  Subject to Debtor(s) allowed claim of exemption.

The Trustee will entertain any higher bids for the purchase of the assets of the Debtor(s) that the Trustee proposes to sell.  Such bids must be in writing and accompanied by a deposit of 100% of the proposed higher purchase price.  Any higher bid must be received by the Trustee at the address listed below no later than the close of business 21 days from the date of mailing, as indicated in the Certificate of Service.  If more than one bid has been received, an auction will occur among said bidder(s) after 21 days.

**NOTICE IS HEREBY GIVEN that if no objection or request for hearing is filed and served within twenty-one (21) days of the date of this report and notice, the property described herein will be sold without further hearing or notice pursuant to Local Bankruptcy Rule 6004-1.**

## PROPERTY OF THE ESTATE BEING ABANDONED

PURSUANT TO 11 U.S.C. § 554 OF THE BANKRUPTCY CODE AND FED.R.BANKR.P. 6007, NOTICE IS HEREBY GIVEN OF THE ABANDONMENT OF THE FOLLOWING PROPERTY THAT IS BURDENSOME AND HAS NO EQUITY FOR THE BENEFIT OF THE CHAPTER 7 ESTATE:

1. Scheduled real property:  4049 Headsail Dr., New Port Richey, FL 34652

2. Scheduled personal property:  4 dogs, cat and turtles; Checking account with Chase Bank #0399; Checking account with Chase Bank #1116; Savings account with Chase Bank #3933; Savings account with Achieva Credit Union; Merrill Edge IRA; AT&T Retirements Savings Plan; AT&T Management Cash Balance Program

Dated:  March 13, 2019

                  Respectfully submitted,

                  /s/ Christine L. Herendeen
                  Christine L. Herendeen, Trustee
                  P.O. Box 152348
                  Tampa, FL 33684
                  (813) 438-3833

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:  HERBERT L SCHIMKUS<br>PATRICIA A SCHIMKUS | CASE NO: 8:19-bk-00786-RCT<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 3/13/2019, I did cause a copy of the following documents, described below,

Report and Notice of Intention to Sell Property of the Estate and Notice of Abandonment

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/13/2019

/s/ Christine L. Herendeen
Christine L. Herendeen
Herendeen Law, LLC
P.P. Box 152348
Tampa, FL  33684
813 438 3833

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| IN RE:  HERBERT L SCHIMKUS<br>PATRICIA A SCHIMKUS | CASE NO: 8:19-bk-00786-RCT<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 3/13/2019, a copy of the following documents, described below,

Report and Notice of Intention to Sell Property of the Estate and Notice of Abandonment

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/13/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Christine L. Herendeen
Herendeen Law, LLC
P.P. Box 152348
Tampa, FL  33684

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | EXCLUDE | EXCLUDE |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>113A8<br>CASE 8-19-BK-00786-RCT<br>MIDDLE DISTRICT OF FLORIDA<br>TAMPA<br>WED MAR 13 09-20-00 EDT 2019 | ~~ROBERTA A COLTON~~<br>~~TAMPA~~<br>~~FL~~ | ~~MB FINANCIAL BANK NA~~ |
| NATIONSTAR MORTGAGE LLC DBA MR COOPER<br>CO LINDSEY SAVASTANO<br>SHAPIRO FISHMAN  GACH LLP<br>2424 NORTH FEDERAL HIGHWAY SUITE 360<br>BOCA RATON FL 33431-7701 | DEBTOR<br>HERBERT L SCHIMKUS<br>4049 HEADSAIL DR<br>NEW PORT RICHEY FL 34652-4483 | PATRICIA A SCHIMKUS<br>4049 HEADSAIL DR<br>NEW PORT RICHEY FL 34652-4483 |
| ACHIEVA CU<br>10125 ULMERTON RD<br>LARGO FL 33771-3532 | ACHIEVA CU<br>ATTN BANKRUPTCY<br>PO BOX 1500<br>DUNEDIN FL 34697-1500 | AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355-0701 |
| AMEX<br>CORRESPONDENCEBANKRUPTCY<br>PO BOX 981540<br>EL PASO TX 79998-1540 | AMEX<br>PO BOX 297871<br>FORT LAUDERDALE FL 33329-7871 | BANK OF AMERICA<br>4909 SAVARESE CIRCLE<br>FL1-908-01-50<br>TAMPA FL 33634-2413 |
| BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | BAYCARE HEALTH SYSTEM<br>2985 DREW STREET<br>CLEARWATER FL 33759-3012 | CITIBANKTHE HOME DEPOT<br>ATTN RECOVER<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 |
| CITIBANKTHE HOME DEPOT<br>PO BOX 6497<br>SIOUX FALLS SD 57117-6497 | CITICARDS CBNA<br>CITI BANK<br>PO BOX 6077<br>SIOUX FALLS SD 57117-6077 | CITICARDS CBNA<br>PO BOX 6217<br>SIOUX FALLS SD 57117-6217 |
| COMENITYCBDTLFIRSTFIN<br>ATTN BANKRUPTCY DEPT<br>PO BOX 182125<br>COLUMBUS OH 43218-2125 | COMENITYCBDTLFIRSTFIN<br>PO BOX 182120<br>COLUMBUS OH 43218-2120 | DENTAL FIRST FINANCING<br>PO BOX 659622<br>SAN ANTONIO TX 78265-9622 |
| DOCTORS HOSPITAL OF SARASOTA<br>RESURGENT CAPITAL SERVICES<br>PO BOX 1927<br>GREENVILLE SC 29602-1927 | FREEDOM FINANCIAL ASSET MANAGEMENT LLC<br>ATTN BANKRUPTCY DEPARTMENT<br>PO BOX 2340<br>PHOENIX AZ 85002-2340 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| MB FINANCIAL BANK<br>6111 N RIVER RD<br>ROSEMONT IL 60018-5111 | MB FINANCIAL BANK<br>ATTN BANKRUPTCY DEPT<br>800 WEST MADISON STREET<br>CHICAGO IL 60607-2683 | MR COOPER<br>350 HIGHLAND<br>HOUSTON TX 77009-6623 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| MR COOPER<br>ATTN BANKRUPTCY<br>8950 CYPRESS WATERS BLVD<br>COPPELL TX 75019-4620 | NAVIENT<br>123 S JUSTISON ST<br>WILMINGTON DE 19801-5360 | NAVIENT<br>ATTN BANKRUPTCY<br>PO BOX 9000<br>WILES-BARR PA 18773-9000 |
| PNC MORTGAGE<br>ATTN BANKRUPTCY<br>3232 NEWMARK DRIVE<br>MIAMISBURG OH 45342-5433 | PNC MORTGAGE<br>PO BOX 8703<br>DAYTON OH 45401-8703 | SUNTRUST BANK<br>ATTN SUPPORT SERVICES<br>PO BOX 85092<br>RICHMOND VA 23286-0001 |
| SUNTRUST BK TAMPA BAY<br>ATTN BANKRUPTCY<br>MAIL CODE VA-RVW-6290<br>PO BOX 85092<br>RICHMOND VA 23285-5092 | SUNTRUST BK TAMPA BAY<br>PO BOX 3303<br>TAMPA FL 33601-3303 | SYNCHRONY BANKAMAZON<br>ATTN BANKRUPTCY DEPT<br>PO BOX 965060<br>ORLANDO FL 32896-5060 |
| SYNCHRONY BANKAMAZON<br>PO BOX 965015<br>ORLANDO FL 32896-5015 | WELLS FARGO BANK NA<br>WELLS FARGO HOME MORTGAGE AMERICAS<br>SERVICING<br>ATTN BANKRUPTCY DEPT MAC X7801-014<br>3476 STATEVIEW BLVD<br>FORT MILL SC 29715-7203 | WELLS FARGO HOME MORTGAGE<br>ATTN BANKRUPTCY<br>PO BOX 10335<br>DES MOINES IA 50306-0335 |
| CM/ECF E-SERVICE<br>VICTOR H VESCHIO +<br>GIBBONS NEUMAN<br>3321 HENDERSON BOULEVARD<br>TAMPA FL 33609-2921 | CM/ECF E-SERVICE<br>GEOFFREY J PETERS +<br>WELTMAN WEINBERG  REIS CO LPA<br>3705 MARLANE DRIVE<br>GROVE CITY OH 43123-8895 | CM/ECF E-SERVICE<br>UNITED STATES TRUSTEE    TPA713 +<br>TIMBERLAKE ANNEX SUITE 1200<br>501 E POLK STREET<br>TAMPA FL 33602-3949 |
| CM/ECF E-SERVICE<br>SANDRA H DAY +<br>THE DAY LAW OFFICE<br>PO BOX 5535<br>SPRING HILL FL 34611-5535 | CM/ECF E-SERVICE<br>LINDSEY A SAVASTANO +<br>SHAPIRO FISHMAN AND GACHE LLP<br>2424 NORTH FEDERAL HIGHWAY<br>SUITE 360<br>BOCA RATON FL 33431-7701 | ~~EXCLUDE~~<br>~~CHRISTINE L HERENDEEN ATTORNEY FOR~~<br>~~TRUSTEE~~<br>~~PO BOX 152340~~<br>~~TAMPA FL 33684-2340~~ |
| ~~EXCLUDE~~<br>~~CHRISTINE L HERENDEEN +~~<br>~~PO BOX 152340~~<br>~~TAMPA FL 33684-2340~~ | CM/ECF E-SERVICE<br>NOTE  ENTRIES WITH A + AT THE END OF THE<br>NAME HAVE AN EMAIL ADDRESS ON FILE IN<br>CMECF | |