UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                    Case No. 8:19-bk-00786-RCT
                                                                          Chapter 7
Herbert L. Schimkus
and Patricia A. Schimkus,

          Debtor(s).
_____/

## BILL OF SALE

Christine L. Herendeen, the Trustee duly appointed and acting for the above-captioned estate, has sold the following property to Debtor(s), Herbert L. Schimkus and Patricia A. Schimkus, for $9,720.61, receipt of which is hereby acknowledged:

Excess equity as listed on Debtor's Schedule B in 2011 Chevrolet Colorado with VIN No. 1GCHSDFP2B8115356; 2016 Chevrolet Trax with VIN No. 3GNCJLSB2GL246739; 1981 Boston Whaler with HIN No. BNCH3571981K; miscellaneous household goods and furnishings; 4 televisions, laptop and 2 mobile phones; 30 pcs family memorabilia and antique sewing machine; miscellaneous hobby equipment; his and hers personal clothing; 2 wedding bands, 3 rings and miscellaneous costume jewelry; 2 bicycles; cash

Dated:  April 8, 2019

                                      Respectfully submitted,

                                      /s/ Christine L. Herendeen
                                      Christine L. Herendeen, Trustee
                                      P.O. Box 152348
                                      Tampa, FL 33684
                                      (813) 438-3833

Copies served via CM/ECF: U.S. Trustee and Debtor's Attorney