UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:19-bk-00786-RCT
Chapter 7

Herbert L. Schimkus
Patricia A. Schimkus,

    Debtor(s).
_____/

## REPORT OF SALE

Christine L. Herendeen, the Trustee duly appointed and acting for the above-captioned estate, has sold the following property to U.S. Bank Trust, N.A., as Trustee for LSRMF MH Master Participation, Trust II, Senior Lien Holder, pursuant to the Order Granting Motion to Sell Property Free and Clear of Liens, Claims and Interests to Senior Lien Holder with Consent of All Lien Holders (Doc. No. 41) for the amount of $238,377.99, which included a surcharge paid to the estate in the amount of $10,000.00, receipt of which is hereby acknowledged.

1738 Colleen Street, Sarasota, FL 34231, more particularly described as:

> Lot 16, Less the West 2 Feet thereof, Block E of Tropical Shores, according to the Plat thereof as Recorded in Plat Book 9, Pages(s) 50A-50B, of the Public Records of Sarasota County, Florida.

Dated: December 18, 2020

        Respectfully submitted,

        /s/ Christine L. Herendeen
        Christine L. Herendeen, Trustee
        P.O. Box 152348
        Tampa, FL 33684
        (813) 438-3833

Copies served via CM/ECF: U.S. Trustee and Debtor's Attorney

RECORDED IN OFFICIAL RECORDS
INSTRUMENT # 2020143957  3  PG(S)

10/16/2020 11:38 AM
KAREN E. RUSHING
CLERK OF THE CIRCUIT COURT
SARASOTA COUNTY, FLORIDA
SIMPLIFILE                    Receipt # 2574602

Doc Stamp-Deed: $1,438.50

Prepared by and return to:
Michael A. Popkin, Esq.
Popkin & Rosaler, PA
1701 W. Hillsboro Blvd., Suite 400
Deerfield Beach, FL 33442

File Number: 20-48819D

PIN#: 0130010013

_____[Space Above This Line For Recording Data]_____

### Trustee's Deed

**This Trustee's Deed** made the 10th day of September, 2020, between **Christine L. Herendeen, BK Trustee for the estate of Patricia and Herbert Schimkus, Wife and husband,** whose post office address is : P.O. Box 152348 Tampa FL 33684, grantor, and **U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSRMF MH MASTER PARTICIPATION TRUST II,** whose post office address is: 13801 Wireless Way, Oklahoma City, Oklahoma 73134, Grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, pursuant to the Bankruptcy Code allowing for the sale of an Estate's Interest in Non-Homestead Real Property and that Bankruptcy Court Order entered by the presiding judge in case number 8:2019BK00786 in the Middle District of Florida Bankruptcy Court granting the sale of the subject property to Grantee, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, does hereby grant, bargain, sell, alien, remise, release, convey and confirm to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in **Sarasota**, to-wit:

**Lot 16, less the West 2 feet thereof, Block E of TROPICAL SHORES, according to the Plat thereof as recorded in Plat Book 9, Page(s) 50A-50B, of the Public Records of Sarasota County, Florida.**

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever;

**Subject to** all existing liens, covenants, restrictions, easements of record taxes for the current or prior years, and mortgage(s) or other encumbrances of record.

This deed is an absolute conveyance of title to the above property in lieu of foreclosure by grantee of those certain mortgage held by it and originally given by Grantors herein to <u>Mortgage Electronic Registration Systems, Inc. solely as nominee for.</u> The mortgage was recorded on October 05, 2006, in Official Records Book  at Page  of the public records of Sarasota County, Florida, and not as additional security therefore.  Grantor hereby acknowledges having received fair and adequate consideration for the property and Grantor hereby declares that this conveyance is freely and fairly made between Grantor and Grantee. Further, it is the express intent of both the Grantor and Grantee that the legal estate acquired by the Grantee pursuant to the conveyance by this deed shall not be merged with the mortgage and security agreement referenced above and said mortgage shall remain in full force and effect until satisfied of record by Grantee, its successors and/or assigns.

It is expressly understood by the Parties that each Party shall bear its own costs in connection with the Dispute, Litigation, the Modification and this Agreement; and the Parties waive and release any claims they otherwise have or may have had to such costs and attorney's fees.

It is agreed that Caliber Home Loans, Inc. keeps any hazard claim proceeds or interest accrued on those proceeds as a part of the DIL transaction (as opposed to disbursing those hazard claim proceeds to the borrower).

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

3

20-48819D

Signed, sealed and delivered in our presence:

_____
Witness #1 Name: Patrick Livingston

_____
Christine L. Herendeen, BK Trustee for the estate of Patricia Schimkus

_____
Witness #2 Name: Anne Drummond

_____
Christine L. Herendeen, BK Trustee for the estate of Herbert Schimkus

State of Florida
County of Hillsborough

The foregoing instrument was acknowledged before me by means of ✓ physical presence or __ online notarization this 10th day of September, 2020 by **Christine L. Herendeen, BK Trustee for the estate of Patricia and Herbert Schimkus,** who is [✓] personally known to me or [ ] has produced a driver's license as identification or other acceptable form of photo identification.

_____
Notary Public
My Commission Expires: 05/06/2022

Notary Public State of Florida
Anne M Drummond
My Commission GG 214467
Expires 05/06/2022

20-48819D

4