**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**Tampa DIVISION**

| | | |
|---|---|---|
| In re: SCHIMKUS, HERBERT L. | § | Case No. 8:19-bk-00786-RCT |
| SCHIMKUS, PATRICIA A. | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Christine L. Herendeen, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $334,499.25 | Assets Exempt: | $136,322.14 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $11,622.76 | Claims Discharged Without Payment: | $101,007.75 |
| Total Expenses of Administration: | $8,097.85 | | |

3) Total gross receipts of $19,720.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $19,720.61 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $448,922.00 | $3,666.27 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $8,097.85 | $8,097.85 | $8,097.85 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $1.00 | $9,239.00 | $4,619.50 | $4,619.50 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $107,021.00 | $62,203.12 | $58,276.01 | $7,003.26 |
| **TOTAL DISBURSEMENTS** | $555,944.00 | $83,206.24 | $70,993.36 | $19,720.61 |

4) This case was originally filed under chapter 7 on 01/30/2019. The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/03/2021        By: /s/ Christine Herendeen
                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1738 Colleen Street, Sarasota, FL 34231-0000, Sarasota County | 1110-000 | $10,000.00 |
| 1981 Boston Whaler | 1129-000 | $2,570.50 |
| 2 bicycles | 1129-000 | $97.00 |
| 2 wedding bands, 3 rings, misc costume jewelry | 1129-000 | $291.00 |
| 2011 Chevrolet Colorado, 80,000 miles | 1129-000 | $4,527.46 |
| 2016 Chevrolet Trax, 15,500 miles | 1129-000 | $593.70 |
| 30pcs of family memorabilia, antique sewing machine | 1129-000 | $145.50 |
| 4 televisions, laptop, 2 mobile phones, | 1129-000 | $276.45 |
| Cash | 1129-000 | $55.00 |
| Couch, 2 loveseats, chair, 3 end tables, coffee table, 3 lamps, entertainment center, 4 bookcases, desk, carpet/rug, kit | 1129-000 | $970.00 |
| Funds for buyback of excess equity in personal property pursuant to Notice of Sale (Doc. No. 11 ) | 1129-000 | $9,720.61 |
| his and hers personal clothing | 1129-000 | $97.00 |
| misc hobby equipment | 1129-000 | $97.00 |
| Returned deposit 10001, after transition to Metropolitan Bank | 1129-000 | -$9,720.61 |
| **TOTAL GROSS RECEIPTS** | | **$19,720.61** |

[1] *The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | SunTrust Bank | 4210-000 | $4,017.00 | $3,666.27 | $0.00 | $0.00 |
| N/F | Achieva CU | 4210-000 | $12,319.00 | NA | NA | NA |
| N/F | Mr. Cooper | 4110-000 | $205,441.00 | NA | NA | NA |
| N/F | Pnc Mortgage | 4110-000 | $24,024.00 | NA | NA | NA |
| N/F | Wells Fargo Home Mortgage | 4110-000 | $203,121.00 | NA | NA | NA |
| | TOTAL SECURED | | $448,922.00 | $3,666.27 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Christine L. Herendeen | 2100-000 | NA | $2,722.06 | $2,722.06 | $2,722.06 |
| Trustee, Expenses - Christine L. Herendeen | 2200-000 | NA | $535.05 | $535.05 | $535.05 |
| Attorney for Trustee Fees - Christine L. Herendeen | 3110-000 | NA | $2,208.50 | $2,208.50 | $2,208.50 |
| Banking and Technology Service Fee - Metropolitan Commercial Bank | 2600-000 | NA | $132.24 | $132.24 | $132.24 |
| Realtor for Trustee Fees (Real Estate Commissions) - BK Global Real Estate Services | 3510-000 | NA | $2,500.00 | $2,500.00 | $2,500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | NA | $8,097.85 | $8,097.85 | $8,097.85 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5 | Internal Revenue Service | 5800-000 | $1.00 | $0.00 | $0.00 | $0.00 |
| 8P-1 | Internal Revenue Service | 5800-000 | NA | $4,619.50 | $0.00 | $0.00 |
| 8P-2 | Department of the Treasury - Internal Revenue Service | 5800-000 | NA | $4,619.50 | $4,619.50 | $4,619.50 |
| | TOTAL PRIORITY UNSECURED CLAIMS | | $1.00 | $9,239.00 | $4,619.50 | $4,619.50 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Doctors Hospital Of Sarasota | 7100-000 | NA | $308.60 | $308.60 | $37.10 |
| 3 | American Express National Bank | 7100-000 | $25,057.00 | $25,057.99 | $25,057.99 | $3,012.85 |
| 4 | Mease Countryside Hospital | 7100-000 | NA | $176.73 | $176.73 | $21.25 |
| 6 | Bank of America, N.A. | 7100-000 | $16,415.00 | $16,460.30 | $16,460.30 | $1,979.11 |
| 7 | Quantum3 Group LLC as agent for Comenity Capital Bank | 7100-000 | $1,646.00 | $1,921.99 | $1,921.99 | $231.09 |
| 8U-1 | Internal Revenue Service | 7300-000 | NA | $29.61 | $0.00 | $0.00 |
| 8U-2 | Department of the Treasury - Internal Revenue Service | 7300-000 | NA | $29.61 | $29.61 | $0.00 |
| 9 | Synchrony Bank | 7100-000 | $1,317.00 | $1,384.35 | $1,384.35 | $166.45 |
| 10 | Citibank, N.A. | 7100-000 | $9,018.00 | $9,144.37 | $9,144.37 | $1,099.47 |
| 11 | Citibank, N.A. | 7100-000 | NA | $3,897.50 | $0.00 | $0.00 |
| 11-2 | Citibank, N.A. | 7100-000 | $3,833.00 | $3,792.07 | $3,792.07 | $455.94 |
| N/F | BayCare Health System | 7100-000 | $1,571.00 | NA | NA | NA |
| N/F | Comenitycb/dtlfirstfin | 7100-000 | $1,857.00 | NA | NA | NA |
| N/F | Freedom Plus | 7100-000 | $33,575.00 | NA | NA | NA |
| N/F | MB Financial Bank | 7100-000 | $5,425.00 | NA | NA | NA |
| N/F | Navient | 7100-000 | $7,307.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$107,021.00** | **$62,203.12** | **$58,276.01** | **$7,003.26** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

Case No.: 8:19-bk-00786-RCT
Case Name: SCHIMKUS, HERBERT L.
SCHIMKUS, PATRICIA A.

For Period Ending: 05/03/2021

Trustee Name: (290278) Christine L. Herendeen
Date Filed (f) or Converted (c): 01/30/2019 (f)
§ 341(a) Meeting Date: 03/06/2019
Claims Bar Date: 04/10/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 4049 Headsail Dr, New Port Richey, FL 34652-0000, Pasco County<br>Single-family home, Land, value obtained through Realtor.com. Entire property value: $251,600.00 | 251,600.00 | 0.00 | OA | 0.00 | FA |
| 2 | 1738 Colleen Street, Sarasota, FL 34231-0000, Sarasota County<br>Single-family home, Land, house was listed for sale and didn't sell. It was listed for $266,000.00 and it was listed for 6 months. Entire property value: Unknown | Unknown | 22,535.00 | | 10,000.00 | FA |
| 3 | 2011 Chevrolet Colorado, 80,000 miles<br>NADA Average Trade Value. Entire property value: $10,725.00 | 10,725.00 | 4,708.00 | | 4,527.46 | FA |
| 4 | 2016 Chevrolet Trax, 15,500 miles<br>NADA Average Trade Value. Entire property value: $12,950.00 | 12,950.00 | 631.00 | | 593.70 | FA |
| 5 | 1981 Boston Whaler<br>11 ft w/ 25 HP Evinrude Outboard & Trailer. Entire property value: $2,650.00 | 2,650.00 | 2,650.00 | | 2,570.50 | FA |
| 6 | Couch, 2 loveseats, chair, 3 end tables, coffee table, 3 lamps, entertainment center, 4 bookcases, desk, carpet/rug, kitchen table/4 chairs, server/ buffet, curio cabinet, 2 Refrigerators, Freezer, Range/Stove, dishwasher, Microwave, dishes, pots, pans, utensils, linens, sm kitchen appliances , Washer, Dryer, patio table/8 patio chairs, BBQ grill, 2 beds, dresser, 2 chest of drawers, sewing machine, vacuum cleaner, power washer, carpet cleaner, misc hand tools, misc garden tools, generator, 2 grinders/sanders, chain saw/tablesaw, trimmer/weedwacker, blower | 3,000.00 | 1,000.00 | | 970.00 | FA |
| 7 | 4 televisions, laptop, 2 mobile phones, | 285.00 | 285.00 | | 276.45 | FA |
| 8 | 30pcs of family memorabilia, antique sewing machine | 150.00 | 150.00 | | 145.50 | FA |
| 9 | misc hobby equipment | 100.00 | 100.00 | | 97.00 | FA |
| 10 | his and hers personal clothing | 100.00 | 100.00 | | 97.00 | FA |
| 11 | 2 wedding bands, 3 rings, misc costume jewelry | 300.00 | 300.00 | | 291.00 | FA |
| 12 | 4 dogs, 1 cat, turtles-priceless | 0.00 | 0.00 | OA | 0.00 | FA |
| 13 | 2 bicycles | 100.00 | 100.00 | | 97.00 | FA |
| 14 | Cash | 55.00 | 55.00 | | 55.00 | FA |
| 15 | Checking: Chase Bank #0399 Head of household account | 700.00 | 0.00 | OA | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

Case No.: 8:19-bk-00786-RCT  
Case Name: SCHIMKUS, HERBERT L.  
SCHIMKUS, PATRICIA A.  
For Period Ending: 05/03/2021

Trustee Name: (290278) Christine L. Herendeen  
Date Filed (f) or Converted (c): 01/30/2019 (f)  
§ 341(a) Meeting Date: 03/06/2019  
Claims Bar Date: 04/10/2019

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 16 | Checking: Chase Bank#1116 Social Security deposited | 60.00 | 0.00 | OA | 0.00 | FA |
| 17 | savings: Chase Bank #3933 | 100.00 | 0.00 | OA | 0.00 | FA |
| 18 | Savings: Achieva Credit Union # 8718-S1 | 1.00 | 1.00 | OA | 0.00 | FA |
| 19 | IRA: Merrill Edge #4553 | 13,628.30 | 0.00 | OA | 0.00 | FA |
| 20 | 401K: AT&T Retirement Savings Plan # | 54,433.81 | 0.00 | OA | 0.00 | FA |
| 21 | Ret. or Pension Acct.: Management Cash Balance Program of the AT&T PBP | 13,976.14 | 0.00 | OA | 0.00 | FA |
| **21** | **Assets Totals (Excluding unknown values)** | **$364,914.25** | **$32,615.00** | | **$19,720.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/18/20: Received funds and recorded deed.  Filed Report of Sale related to the sale of the real property. 09/02/20: Order Approving Application for Compensation of BK Global Real Estate Services entered. 09/01/20:  Order Granting Motion to Sell Free and Clear entered.  08/25/20:  Hearing Motion to sell scheduled 08/31/20 at 10:00 am.  08/24/20: Filed Motion to Sell Property Free and Clear of Liens. Property description: 1738 Colleen Street, Sarasota, FL 34231) to Senior Liehholder with Consent of All Lienholders) and Application for Compensation of Bk Global. 07/07/20:  Second mortgagee approved DIL, pending receipt of letter and pending approval letter from first mortgagee.  04/10/20:  First mortgagee approved $10k carve out to estate for DIL - proceeding with document requests for final approvals.  03/05/20:  New investor is requesting a DIL, submitted loss mitigation pkg.  02/24/20:  Buyer cancelled contract due to results of inspection. 02/13/20:  New contract executed on house.  Pending review by lender / FNMA for short sale approval.  12/20/19:  Based on Servicer's review of value and discussions with BK Global & realtor, the est will abandon efforts to sell the real property.  We will not be able to find a buyer for the required purchase price.  11/19/19:  Value dispute pending review by Servicer to determine marketability of real property.  To date, all offers have had to be rejected due to Servicer's value.  09/25/19:  Duplicate POC No 5 withdrawn. All other claims reviewed and no objections necessary.  08/26/19:  Contract cancelled.  Re-listing real property for sale.  07/09/19:  Accepted offer on real property, seeking short sale approval from lender to proceed with sale.  04/08/19: Bill of Sale re Notice of Intent to Sell Property of the Estate Filed. 03/26/19: Order entered Approving Employment of BK Global and Hunt Realty Group.  03/20/19:  Filed App to Employ BK Global and Hunt Realty Group to sell Sarasota property.  03/13/19: Filed Report and Notice of Intention to Sell and Notice of Abandonment. 03/07/19: Order Approving Application to Employ General Counsel entered.

Initial Projected Date Of Final Report (TFR): 06/30/2020   Current Projected Date Of Final Report (TFR):  01/02/2021 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | | |
|---|---|---|
| Case No.: | 8:19-bk-00786-RCT | |
| Case Name: | SCHIMKUS, HERBERT L. | |
| | SCHIMKUS, PATRICIA A. | |
| Taxpayer ID #: | **-***3673 | |
| For Period Ending: | 05/03/2021 | |

| | |
|---|---|
| Trustee Name: | Christine L. Herendeen (290278) |
| Bank Name: | Mechanics Bank |
| Account #: | ******7600 Checking |
| Blanket Bond (per case limit): | $30,832,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/11/19 | | Herbert & Patricia Schmikus | Funds for buyback of excess equity in personal property pursuant to Notice of Sale (Doc. No. 11 ) | 1129-000 | 9,720.61 | | 9,720.61 |
| 03/13/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******7223 | Transition Debit to Metropolitan Commercial Bank acct 3910017223 | 9999-000 | | 9,720.61 | 0.00 |
| 03/14/19 | | Stretto Temporary Credit | Stretto temporary credit to cover returned deposit after transition to Metropolitan Commercial bank | 9999-000 | 9,720.61 | | 9,720.61 |
| 03/14/19 | | Herbert & Patricia Schimkus | Returned deposit 10001, after transition to Metropolitan Bank | 1129-000 | -9,720.61 | | 0.00 |
| 03/15/19 | | | Funds returned from Metropolitan Bank due to returned deposit | 9999-000 | 9,720.61 | | 9,720.61 |
| 03/15/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******7223 | Transfer Debit to Stretto | 9999-000 | | 9,720.61 | 0.00 |
| | | COLUMN TOTALS | | | 19,441.22 | 19,441.22 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 19,441.22 | 19,441.22 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| Case No.: | 8:19-bk-00786-RCT | Trustee Name: | Christine L. Herendeen (290278) |
|---|---|---|---|
| Case Name: | SCHIMKUS, HERBERT L. | Bank Name: | Metropolitan Commercial Bank |
| | SCHIMKUS, PATRICIA A. | Account #: | ******7223 Demand Deposit Account |
| Taxpayer ID #: | **-***3673 | Blanket Bond (per case limit): | $30,832,000.00 |
| For Period Ending: | 05/03/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/13/19 | | Transfer Credit from Rabobank, N.A. acct ******7600 | Transition Credit from Rabobank, N.A. acct 5025647600 | 9999-000 | 9,720.61 | | 9,720.61 |
| 03/15/19 | | CHRISTINE HERENDEEN | WIRE TO CHRISTINE HERENDEE | 9999-000 | | 9,720.61 | 0.00 |
| 03/18/19 | | Herbert and Patricia Schimkus | Funds to buyback excess equity in personal property pursuant to Notice of Sale (Doc. No. 11). | | 9,720.61 | | 9,720.61 |
| | {3} | | Funds to buyback excess equity in personal property.  $4,527.46 | 1129-000 | | | |
| | {4} | | Funds to buyback excess equity in personal property.  $593.70 | 1129-000 | | | |
| | {5} | | Funds to buyback excess equity in personal property.  $2,570.50 | 1129-000 | | | |
| | {6} | | Funds to buyback excess equity in personal property.  $970.00 | 1129-000 | | | |
| | {7} | | Funds to buyback excess equity in personal property.  $276.45 | 1129-000 | | | |
| | {8} | | Funds to buyback excess equity in personal property.  $145.50 | 1129-000 | | | |
| | {9} | | Funds to buyback excess equity in personal property.  $97.00 | 1129-000 | | | |
| | {10} | | Funds to buyback excess equity in personal property.  $97.00 | 1129-000 | | | |
| | {11} | | Funds to buyback excess equity in personal property.  $291.00 | 1129-000 | | | |
| | {13} | | Funds to buyback excess equity in personal property.  $97.00 | 1129-000 | | | |
| | {14} | | Funds to buyback excess equity in personal property.  $55.00 | 1129-000 | | | |
| 03/21/19 | | Herbert and Patricia Schimkus | Deposit Reversal: Funds to buyback excess equity in personal property pursuant to Notice of Sale (Doc. No. 11). | | -9,720.61 | | 0.00 |
| | {3} | | Funds to buyback excess equity in personal property.  -$4,527.46 | 1129-000 | | | |
| | {4} | | Funds to buyback excess equity in personal property.  -$593.70 | 1129-000 | | | |

Page Subtotals:   $9,720.61   $9,720.61

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

| | Form 2 | | Exhibit 9 |
|---|---|---|---|
| | Cash Receipts And Disbursements Record | | Page: 3 |

| Case No.: | 8:19-bk-00786-RCT | Trustee Name: | Christine L. Herendeen (290278) |
|---|---|---|---|
| Case Name: | SCHIMKUS, HERBERT L. | Bank Name: | Metropolitan Commercial Bank |
| | SCHIMKUS, PATRICIA A. | Account #: | ******7223 Demand Deposit Account |
| **Taxpayer ID #:** | **-***3673 | **Blanket Bond (per case limit):** | $30,832,000.00 |
| **For Period Ending:** | 05/03/2021 | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {5} | | Funds to buyback excess equity in personal property.  -$2,570.50 | 1129-000 | | | |
| | {6} | | Funds to buyback excess equity in personal property.  -$970.00 | 1129-000 | | | |
| | {7} | | Funds to buyback excess equity in personal property.  -$276.45 | 1129-000 | | | |
| | {8} | | Funds to buyback excess equity in personal property.  -$145.50 | 1129-000 | | | |
| | {9} | | Funds to buyback excess equity in personal property.  -$97.00 | 1129-000 | | | |
| | {10} | | Funds to buyback excess equity in personal property.  -$97.00 | 1129-000 | | | |
| | {11} | | Funds to buyback excess equity in personal property.  -$291.00 | 1129-000 | | | |
| | {13} | | Funds to buyback excess equity in personal property.  -$97.00 | 1129-000 | | | |
| | {14} | | Funds to buyback excess equity in personal property.  -$55.00 | 1129-000 | | | |
| 03/25/19 | | Herbert and Patricia Schimkus | Funds to buyback excess equity in personal property pursuant to Notice of Sale (Doc. No. 11). | | 9,720.61 | | 9,720.61 |
| | {3} | | Funds to buyback excess equity in personal property.  $4,527.46 | 1129-000 | | | |
| | {4} | | Funds to buyback excess equity in personal property.  $593.70 | 1129-000 | | | |
| | {5} | | Funds to buyback excess equity in personal property.  $2,570.50 | 1129-000 | | | |
| | {6} | | Funds to buyback excess equity in personal property.  $970.00 | 1129-000 | | | |
| | {7} | | Funds to buyback excess equity in personal property.  $276.45 | 1129-000 | | | |
| | {8} | | Funds to buyback excess equity in personal property.  $145.50 | 1129-000 | | | |

Page Subtotals:   $9,720.61   $0.00

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

| | Form 2 | | Exhibit 9 |
|---|---|---|---|
| | Cash Receipts And Disbursements Record | | Page: 4 |

| Case No.: | 8:19-bk-00786-RCT | Trustee Name: | Christine L. Herendeen (290278) |
|---|---|---|---|
| Case Name: | SCHIMKUS, HERBERT L. | Bank Name: | Metropolitan Commercial Bank |
| | SCHIMKUS, PATRICIA A. | Account #: | ******7223 Demand Deposit Account |
| Taxpayer ID #: | **-***3673 | Blanket Bond (per case limit): | $30,832,000.00 |
| For Period Ending: | 05/03/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {9} | | Funds to buyback excess equity in personal property. $97.00 | 1129-000 | | | |
| | {10} | | Funds to buyback excess equity in personal property. $97.00 | 1129-000 | | | |
| | {11} | | Funds to buyback excess equity in personal property. $291.00 | 1129-000 | | | |
| | {13} | | Funds to buyback excess equity in personal property. $97.00 | 1129-000 | | | |
| | {14} | | Funds to buyback excess equity in personal property. $55.00 | 1129-000 | | | |
| 03/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 7.76 | 9,712.85 |
| 04/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.52 | 9,697.33 |
| 05/29/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 14.98 | 9,682.35 |
| 06/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 16.50 | 9,665.85 |
| 07/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.96 | 9,649.89 |
| 08/31/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 14.90 | 9,634.99 |
| 09/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 16.42 | 9,618.57 |
| 10/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 15.37 | 9,603.20 |
| 11/30/20 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 14.83 | 9,588.37 |
| 12/16/20 | {2} | Caliber Home Loans | Received portion of sale proceeds for sale of property to lender pursuant to order granting mtn to sell (Doc. No. 41). | 1110-000 | 5,507.98 | | 15,096.35 |
| 12/16/20 | {2} | Caliber Home Loans | Received portion of sale proceeds for sale of property to lender pursuant to order granting mtn to sell (Doc. No. 41). | 1110-000 | 4,492.02 | | 19,588.37 |
| 12/21/20 | 1000 | BK Global Real Estate Services | Payment of real est commission pursuant to order approving compensation (Doc. No. 43). | 3510-000 | | 2,500.00 | 17,088.37 |
| 03/07/21 | 1001 | Christine L. Herendeen | Distribution payment - Dividend paid at 100.00% of $2,208.50; Claim # ATTY FEES; Filed: $2,208.50 | 3110-000 | | 2,208.50 | 14,879.87 |
| 03/07/21 | 1002 | Christine L. Herendeen | Combined trustee compensation & expense dividend payments. | | | 3,257.11 | 11,622.76 |
| | | Christine L. Herendeen | Claims Distribution - Sat, 01-02-2021 $2,722.06 | 2100-000 | | | |

Page Subtotals:    $10,000.00    $8,097.85

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 5

| Case No.: | 8:19-bk-00786-RCT | Trustee Name: | Christine L. Herendeen (290278) |
|---|---|---|---|
| Case Name: | SCHIMKUS, HERBERT L. | Bank Name: | Metropolitan Commercial Bank |
|  | SCHIMKUS, PATRICIA A. | Account #: | ******7223 Demand Deposit Account |
| Taxpayer ID #: | **-***3673 | Blanket Bond (per case limit): | $30,832,000.00 |
| For Period Ending: | 05/03/2021 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
|  |  | Christine L. Herendeen | Claims Distribution - Sat, 01-02-2021  $535.05 | 2200-000 |  |  |  |
| 03/07/21 | 1003 | Department of the Treasury - Internal Revenue Service | Distribution payment - Dividend paid at 100.00% of $4,619.50; Claim # 8P-2; Filed: $4,619.50 | 5800-000 |  | 4,619.50 | 7,003.26 |
| 03/07/21 | 1004 | Doctors Hospital Of Sarasota | Distribution payment - Dividend paid at 12.02% of $308.60; Claim # 2; Filed: $308.60 | 7100-000 |  | 37.10 | 6,966.16 |
| 03/07/21 | 1005 | American Express National Bank | Distribution payment - Dividend paid at 12.02% of $25,057.99; Claim # 3; Filed: $25,057.99 | 7100-000 |  | 3,012.85 | 3,953.31 |
| 03/07/21 | 1006 | Mease Countryside Hospital | Distribution payment - Dividend paid at 12.02% of $176.73; Claim # 4; Filed: $176.73 | 7100-000 |  | 21.25 | 3,932.06 |
| 03/07/21 | 1007 | Bank of America, N.A. | Distribution payment - Dividend paid at 12.02% of $16,460.30; Claim # 6; Filed: $16,460.30 | 7100-000 |  | 1,979.11 | 1,952.95 |
| 03/07/21 | 1008 | Quantum3 Group LLC as agent for Comenity Capital Bank | Distribution payment - Dividend paid at 12.02% of $1,921.99; Claim # 7; Filed: $1,921.99 | 7100-000 |  | 231.09 | 1,721.86 |
| 03/07/21 | 1009 | Synchrony Bank | Distribution payment - Dividend paid at 12.02% of $1,384.35; Claim # 9; Filed: $1,384.35 | 7100-000 |  | 166.45 | 1,555.41 |
| 03/07/21 | 1010 | Citibank, N.A. | Combined dividend payments for Claim #10, 11-2 |  |  | 1,555.41 | 0.00 |
|  |  | Citibank, N.A. | Claims Distribution - Sat, 01-02-2021  $1,099.47 | 7100-000 |  |  |  |
|  |  | Citibank, N.A. | Claims Distribution - Sat, 01-02-2021  $455.94 | 7100-000 |  |  |  |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 29,441.22 | 29,441.22 | $0.00 |
| Less: Bank Transfers/CDs | 9,720.61 | 9,720.61 |  |
| Subtotal | 19,720.61 | 19,720.61 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| NET Receipts / Disbursements | $19,720.61 | $19,720.61 |  |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| | | |
|---|---|---|
| **Case No.:** 8:19-bk-00786-RCT | **Trustee Name:** | Christine L. Herendeen (290278) |
| **Case Name:** SCHIMKUS, HERBERT L.<br>SCHIMKUS, PATRICIA A. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** **-***3673 | **Account #:** | ******7223 Demand Deposit Account |
| **For Period Ending:** 05/03/2021 | **Blanket Bond (per case limit):** | $30,832,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7600 Checking | $0.00 | $0.00 | $0.00 |
| ******7223 Demand Deposit Account | $19,720.61 | $19,720.61 | $0.00 |
| | **$19,720.61** | **$19,720.61** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)